U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 6 2015

TONY R. MOORE, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY J. SYLVESTER | CIVIL ACTION NO. 6:14-cv-3434 |
| LA. DOC #78014 | |
| VS. | SECTION P |
| | JUDGE HAIK |
| WARDEN SMITH | MAGISTRATE JUDGE HILL |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  No objections have been filed.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.  Accordingly;

**IT IS ORDERED** that Larry J. Sylvester's petition for writ of *habeas corpus* is **DISMISSED** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure and for lack of jurisdiction as a second and successive petition for writ of *habeas corpus* filed without proper authorization from the Fifth Circuit.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 25th

day of _____June_____, 2015.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE